IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10271
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JAIME MORALES-ALVARADO,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-383-P
- - - - - - - - - -

February 11, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

     Court-appointed counsel for Jaime Morales-Alvarado has moved

for leave to withdraw and has filed a brief as required by Anders

v. California, 386 U.S. 738 (1967).  Morales-Alvarado has not

filed a response.  Our independent review of the brief and the

record discloses no nonfrivolous issue.  Accordingly, the motion

for leave to withdraw is GRANTED, counsel is excused from further

_____

     [*]This matter is being decided by a quorum.  28 U.S.C. §
46(d).

     [**] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.